The Honorable RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VETERANS FOR PEACE GREATER SEATTLE, CHAPTER 92, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>Defendants. | NO. C09-1032 RSM<br><br>STIPULATION FOR DISMISSAL OF COMPLAINT AGAINST WASHINGTON STATE DEPARTMENT OF TRANSPORTATION AND PAULA J. HAMMOND, SECRETARY OF WSDOT |

In accordance with FRCP 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the undersigned attorney for plaintiffs and the undersigned attorney for defendants Washington State Department of Transportation and Paula J. Hammond that the above-entitled action is discontinued and the complaint dismissed with prejudice as to defendants Washington State Department of Transportation and Paula J. Hammond.

I.JUSTICE LAW PC

Dated: October 8, 2010

/s/ Robert J. Siegel (per email authorization)
Robert J. Siegel, WSBA No. 17312
Attorney for Plaintiffs

ROBERT M. MCKENNA
Attorney General

Dated: October 8, 2010

/s/ Bryce E. Brown
BRYCE E. BROWN, WSBA No. 21230
Senior Assistant Attorney General
Attorneys for Defendants WSDOT and
Paula J. Hammond

STIPULATION FOR DISMISSAL OF COMPLAINT AGAINST WSDOT AND PAULA J. HAMMOND
(NO. C09-1032 RSM )

1

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA  98504-0113
(360) 753-6126    Facsimile:  (360) 586-6847